# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASTILLO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00637-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE<br>(ECF No. 23-1)<br><br>ORDER LIFTING STAY OF PROCEEDINGS PENDING RESOLUTION OF STATE CRIMINAL MATTER<br>(ECF No. 20)<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Quinnell Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Castillo ("Defendant") for excessive force in violation of the Eighth Amendment.

On January 18, 2023, the Court granted Defendant's motion for a stay of proceedings pending resolution of Plaintiff's pending criminal matter in the Kings County Superior Court, *People v. Quinnell Johnson*, Case No. 21CM-2856. (ECF No. 20.) Pursuant to that order, Defendant filed a status report on April 18, 2023, indicating that the criminal action was resolved on March 1, 2023. (ECF No. 23.)

///

1

1  Defendant requests that the Court take judicial notice of the following documents:
2  (1) Criminal Complaint in *People v. Quinnell Johnson*, Kings County Superior Court case
3  number 21CM-2856, dated May 27, 2021, for battery upon a non-confined person; and (2) Kings
4  County Superior Court minute order dated March 1, 2023 outlining the details of Plaintiff's plea
5  agreement and resulting sentence in 21CM-2856.  (ECF No. 23-1, Exhs. 1–2.)
6  Federal Rule of Evidence 201 permits the Court to take judicial notice at any time.  A
7  judicially noticed fact must be one not subject to reasonable dispute in that it is either:
8  (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate
9  and ready determination by resort to sources who accuracy reasonably cannot be questioned.
10  Fed. R. Evid. 201(b).  Courts may take judicial notice of facts related to the case before it.
11  *Amphibious Partners, LLC v. Redman*, 534 F.3d 1357, 1361–62 (10th Cir. 2008) (district court
12  was entitled to take judicial notice of its memorandum of order and judgment from previous case
13  involving same parties).  This Court may judicially notice the records and filing of other court
14  proceedings.  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Bennett v.*
15  *Medtronic, Inc.*, 285 F.3d 801, 802 n.2 (9th Cir. 2002).  In addition, a court may take judicial
16  notice of undisputed matters of public record, including papers filed with the court and the
17  records of state agencies and administrative bodies.  *Disabled Rights Action Comm. v. Las Vegas*
18  *Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004); *Lundquist v. Cont'l Cas. Co.*, 394 F. Supp. 2d
19  1230, 1242–42 (C.D. Cal. 2005) (stating that court may take judicial notice of records and reports
20  of administrative bodies).
21  Because the Court may take judicial notice of public records, including duly recorded
22  documents under Rule 201(b)(2), Defendant's request to take judicial notice of the above-
23  mentioned documents is granted.
24  Pursuant to these documents, Plaintiff's criminal action in 21CM-2856 has now resolved.
25  Accordingly, the stay of this action is lifted and Defendant shall file a responsive pleading to the
26  complaint.
27  Based on the foregoing, it is HEREBY ORDERED as follows:
28  1. Defendant's request for judicial notice, (ECF No. 23-1), is GRANTED;

2. The stay of this action, (ECF No. 20), is LIFTED;

3. Defendant Castillo shall file a response to Plaintiff's complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 19, 2023**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE