| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | GIAM M. NGUYEN, State Bar No. 229236 |
| | Supervising Deputy Attorney General |
| 3 | ALEXANDRIA FAURA, State Bar No. 346563 |
| | Deputy Attorney General |
| 4 |   300 South Spring Street, Suite 1702 |
| |   Los Angeles, CA 90013-1230 |
| 5 |   Telephone: (213) 269-6227 |
| |   Fax: (916) 761-3641 |
| 6 |   E-mail: Alexandria.Faura@doj.ca.gov |
| | *Attorneys for Defendant* |
| 7 | *D. Castillo* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **QUINNELL JOHNSON,** | 1:22-cv-00637-BAM (PC) |
| Plaintiff, | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT** |
| v. | |
| **CASTILLO,** | Date: August 30, 2023<br>Time: 11:30 AM<br>Location: via Zoom Videoconference<br>Judge: The Hon. Stanley A. Boone<br>Trial Date: Not Set<br>Action Filed: May 27, 2022 |
| Defendant. | |

**TO PLAINTIFF *PRO SE* QUINNELL JOHNSON (AM3199):**

**PLEASE TAKE NOTICE** that pursuant to the Court's May 12, 2023 Order (ECF No. 26) and Eastern District Local Rule 270(d), Defendant D. Castillo has submitted a Confidential Settlement Conference Statement to the chambers of the Honorable Magistrate Judge Stanley A. Boone in advance of the videoconference settlement conference scheduled for August 30, 2023 at 11:30 a.m.

///

///

///

1

Dated: August 17, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

*/s/ Alexandria Faura*

ALEXANDRIA FAURA
Deputy Attorney General
*Attorneys for Defendant
D. Castillo*

# CERTIFICATE OF SERVICE

| Case Name: | **Quinnell Johnson (AM3199) v. Castillo** | No. | **1:22-cv-00637-BAM (PC)** |
|---|---|---|---|

I hereby certify that on <u>August 17, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 17, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Quinnell Avery Johnson – CDCR# AM3199
California State Prison - Los Angeles County
P.O. Box 8457
Lancaster, CA 93539
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 17, 2023</u>, at Los Angeles, California.

| R. Busuego | *[signature]* |
|---|---|
| Declarant | Signature |

SA2022401603
66169791.docx