# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CASTILLO,<br><br>            Defendant. | Case No. 1:22-cv-00637-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on August 30, 2023, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **August 30, 2023**                              /s/
                                                     UNITED STATES MAGISTRATE JUDGE

1