**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CASTILLO,<br><br>  Defendant. | Case No.: 1:22-cv-00637-BAM (PC)<br><br>ORDER THAT INMATE QUINNELL JOHNSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Quinnell Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 30, 2023. Inmate Quinnell Johnson, CDCR #AM-3199, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 30, 2023**

UNITED STATES MAGISTRATE JUDGE